Alvie D. Killian, Appellee, v. Pennsylvania Railroad Company, and P. R. Mallory and Company, Inc., Appellants.

Gen. No. 44,460.

opinion filed December 13, 1948; rehearing denied December 27, 1948; released for publication December 27, 1948. Theodore Schmidt, P. J. Cronin, Barrett,

Barrett, Costello & Barrett and James A. Dooley, for appellants; Wendell H. Shanner and John W. Costello, of counsel; Edward B. Henslee, for appellee; Melvin L. Griffith and Walter N. Murray, of counsel. Opinion by JUSTICE TUOHY. **Not to be published in full.**

